POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Alan Adelman, 170860<br>Law Offices of Alan Adelman<br>240 Stockton Street, 9th Floor<br>san francisco, CA 94108<br>TELEPHONE NO.: (415) 956-1360<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Grace D. Hom | CASE NUMBER:<br>C-07-3146 JL |
| DEFENDANT/RESPONDENT: Applera Corporation | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Hom |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, ECF Registrat Information Handout, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Welcome to the U.S. District Court, San Francisco

3. a. Party served: Applera Corporation

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): June 18, 2007    (2) at (time): 1:45 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Applera Corporation

   under:    CCP 416.10 (corporation)

   **BY FAX**

7. Person who served papers
   a. Name:        Tyler Dimaria
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: June 18, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6642750