1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415-433-1940
   Facsimile:    415-399-8447
5
   Attorneys for Defendant
6  APPLERA CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  GRACE D. HOM,                          Case No. C-07-3146 JL

12              Plaintiff,                  **DEFENDANT APPLERA CORPORATION'S
                                            CERTIFICATION OF INTERESTED
13      v.                                  ENTITIES OR PERSONS**

14  APPLERA CORPORATION,                    **[N.D. CIVIL L.R. 3-16]**

15              Defendant.

16

17

18              **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

19          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24          (1)     Applera Corporation consists of two business groups -- the Applied Biosystems group

25  and the Celera group, each of which have separate "tracking" stocks.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFENDANT'S CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES**

**Case No. C-07-3146 JL**

1    Dated: July 9 2007

2                                            _Laura E. Hayward_

3                                            LAURA E. HAYWARD
                                             LITTLER MENDELSON
4                                            A Professional Corporation
                                             Attorneys for Defendant
5                                            APPLERA CORPORATION.

6        Firmwide:82752228.1 008292.1052

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415 433 1940

DEFENDANT'S CERTIFICATION OF INTERESTED    2.    Case No. C-07-3146 JL
ENTITIES OR PARTIES