1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11   Grace D. Hom

No.  C  07-3146 JL

12

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE**
13   **A MAGISTRATE JUDGE**
**AND**
14   v.                                                      **REQUEST FOR REASSIGNMENT TO A**
Applera Corporation                          **UNITED STATES DISTRICT JUDGE**

15

Defendant(s).
16   _____/

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
        The undersigned party hereby declines to consent to the assignment of this case to a United
19
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
a United States District Judge.
21

22   Dated:  7-17-07

Signature  *laura e haymard*
23

Counsel for  Defendant Applera Corporation
24                  (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28