UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRACE D. HOM

        Plaintiff(s),                                   No. 07-03146 JL

   v.                                                        NOTICE OF IMPENDING
                                                             REASSIGNMENT TO A UNITED
                                                             STATES DISTRICT COURT JUDGE

APPLERA CORP.

        Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 19, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  July 19, 2007

                                     Richard W. Wieking, Clerk
                                     United States District Court

                                     *Wings Hom*
                                     _____
                                     By: Wings Hom, Deputy Clerk