1  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 625-1339

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GRACE D. HOM,                    )  CASE NUMBER: C-07-3146 CW
                                    )
12         Plaintiff,                )  PROOF OF SERVICE OF CASE
                                    )  MANAGEMENT ORDER FOR
13 vs.                              )  REASSIGNED CIVIL CASE
                                    )
14 APPLERA CORPORATION,             )
                                    )
15         Defendant.                )
   _____)
16

17

18

19

20

21

22

23

24

25

26

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of 18 years, not a party to this action and my business address is 240 Stockton Street, 9th Floor, Union Square, San Francisco, California 94108. On July 23, 2007, I served the following documents on the party stated below by the following means of service:

1. **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

X   By First-Class Mail: I caused such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee following ordinary business practices.

___  By Personal Service: I caused each such document to be personally delivered to the office of the below-referenced attorneys of record.

___  By Overnight Courier: I caused each such envelope to be placed in a sealed package designated by Federal Express and depositing same in an overnight express receptacle maintained by Federal Express, located at San Francisco, California, with delivery fees provided for, with instructions to be hand delivered to the office of the addressee on the next business day.

___  By Facsimile: Fax Number:

Addressee(s):

John M. Skonberg, Esq.
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 23, 2007.

*Alan Adelman*
Alan Adelman, Declarant