UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRACE D. HOM,

        Plaintiff(s),

v.

APPLERA CORPORATION,

        Defendant(s).

CASE NUMBER: C-07-3146-CW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/20/07

                                                    *Grace D. Hom*
                                                  [Party]

Dated: 8/20/07

                                                  *Alan Adelman*
                                                  [Counsel]