1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415-433-1940
   Facsimile:  415-399-8447
5
   Attorneys for Defendant
6  APPLERA CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             OAKLAND DIVISION

11

12 GRACE D. HOM,                    Case No. C-07-3146 CW

13         Plaintiff,                **DEFENDANT APPLERA CORPORATION'S
                                     ADR CERTIFICATION**
14    v.

15 APPLERA CORPORATION,

16         Defendant.

---

**DEFT'S ADR CERTIFICATION**                               Case No. C-07-3146 CW

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: September ___, 2007

APPLERA CORPORATION
By: _____
Charles J. Heinzer, Esq.

Dated: August 28, 2007

_____
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLERA CORPORATION.

Firmwide:82942065.1 008292.1052

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFT'S ADR CERTIFICATION  2.  Case No. C-07-3146 CW

** TOTAL PAGE.03 **