JOHN M. SKONBERG, Bar No. 069409
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415-433-1940
Facsimile: 415-399-8447

Attorneys for Defendant
APPLERA CORPORATION

ALAN ADELMAN, Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA 94108
Telephone: 415-956-1360
Facsimile: 415-625-1339

Attorney for Plaintiff
GRACE D. HOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRACE D. HOM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>　　　　　Defendant. | Case No. C-07-3146 CW<br><br>**JOINT FEDERAL RULE 26(F) REPORT**<br><br>Date: September 25, 2007<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT F.R.C.P. 26(f) REPORT                                    Case No. C-07-3146 CW

Plaintiff Grace Hom ("Plaintiff") and Defendant Applera Corporation ("Defendant" or "Applera") jointly submit this F.R.C.P. 26(f) Report:

1. **RULE 26(A)(1) DISCLOSURES**

The parties do not request that any changes be made in the timing, form, or requirement for disclosures under Rule 26(a). The parties will serve all Rule 26(a) disclosures on September 18, 2007.

2. **TIMING AND SUBSTANCE OF ANTICIPATED DISCOVERY**

   a. **SUBJECTS ON WHICH DISCOVERY MAY BE NEEDED.**

The parties agree that the principal issues in dispute which will require discovery are as follows:

- whether Plaintiff was an otherwise qualified individual with a disability under the FEHA;
- whether Applera met its obligation, if any, under the FEHA to provide Plaintiff with reasonable accommodation;
- whether Applera met its obligation, if any, under the FEHA to engage in an interactive process with Plaintiff;
- whether Applera terminated Plaintiff in retaliation for her participation in any activity protected by the FMLA, the CFRA, or the FEHA;
- whether Applera terminated Plaintiff because of her allegedly protected status under the FEHA;
- whether Applera denied Plaintiff any leave to which she was entitled under the FMLA or the CFRA;
- the nature, extent and causation of any damages;
- whether or not Plaintiff attempted to mitigate any alleged damages; and
- whether Plaintiff's claims are preempted by the Workers' Compensation Act.

b. **WHEN DISCOVERY SHOULD BE COMPLETED.**

The parties agree that all non-expert discovery should be completed by no later than March 31, 2008. The parties do not believe that discovery should be conducted in phases or be limited to or focused upon particular issues. However, as to the initial course of discovery, Plaintiff has agreed to Defendant's request that Defendant depose Plaintiff first, at a time mutually convenient to the parties, which is currently scheduled to take place on October 19, 2007. Defendant has agreed to produce for deposition Nick Wong, Stefan Lazar and Ken Mantoani in the days following Plaintiff's deposition, which said depositions are currently scheduled to take place on October 22, 24 and 25. The parties have agreed that prior to any depositions going forward, the parties will respond to all pending discovery in a timely and comprehensive manner.

3. **DISCOVERY LIMITATIONS**

The parties do not request that any changes be made in the limitations on discovery imposed under the Federal or Local Rules.

Dated: _____, 2007

LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLERA CORPORATION

Dated: 9/18, 2007

*Alan Adelman*
ALAN ADELMAN
LAW OFFICES OF ALAN ADELMAN
Attorney for Plaintiff
GRACE D. HOM

Firmwide:82953446.1 008292.1052

---

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT F.R.C.P. 26(f) REPORT                          3.                          Case No. C-07-3146 CW

Received    Sep-18-07    10:32am    From-                To-LITTLER MENDELSON    Page 004

b. **WHEN DISCOVERY SHOULD BE COMPLETED.**

The parties agree that all non-expert discovery should be completed by no later than March 31, 2008. The parties do not believe that discovery should be conducted in phases or be limited to or focused upon particular issues. However, as to the initial course of discovery, Plaintiff has agreed to Defendant's request that Defendant depose Plaintiff first, at a time mutually convenient to the parties, which is currently scheduled to take place on October 19, 2007. Defendant has agreed to produce for deposition Nick Wong, Stefan Lazar and Ken Mantoani in the days following Plaintiff's deposition, which said depositions are currently scheduled to take place on October 22, 24 and 25. The parties have agreed that prior to any depositions going forward, the parties will respond to all pending discovery in a timely and comprehensive manner.

3. **DISCOVERY LIMITATIONS**

The parties do not request that any changes be made in the limitations on discovery imposed under the Federal or Local Rules.

Dated: September 18, 2007

_Laura E. Hayward_
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
APPLERA CORPORATION

Dated: _____, 2007

_____
ALAN ADELMAN
LAW OFFICES OF ALAN ADELMAN
Attorney for Plaintiff
GRACE D. HOM

Firmwide:82953446.1 008292.1052

---

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

JOINT F.R.C.P. 26(f) REPORT          3.          Case No. C-07-3146 CW