1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:    415-433-1940
   Facsimile:    415-399-8447
5
   Attorneys for Defendant
6  APPLERA CORPORATION

7  ALAN ADELMAN, Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
8  240 Stockton Street, 9th Floor
   Union Square
9  San Francisco, CA 94108
10 Telephone:    415-956-1360
   Facsimile:    415-625-1339
11
   Attorney for Plaintiff
12 GRACE D. HOM

13
                 UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
                        OAKLAND DIVISION
16

17

18 GRACE D. HOM,                     | Case No. C-07-3146 CW
19           Plaintiff,              | JOINT STIPULATION AND [PROPOSED]
                                     | ORDER SELECTING ADR PROCESS
20      v.                           |
                                     | Date:  September 25, 2007
21 APPLERA CORPORATION,              | Time:  2:00 p.m.
                                     | Ctrm:  2, 4th Floor
22           Defendant.

23

24

25

26

27

28

1   The parties have agreed to participate in a settlement conference with a Magistrate Judge
2   after the completion of initial discovery and depositions.

3

4   Dated: __9/18__, 2007

5
                                            _Laura Hayward_
6                                           LAURA E. HAYWARD
                                            LITTLER MENDELSON
7                                           A Professional Corporation
                                            Attorneys for Defendant
8                                           APPLERA CORPORATION

9   Dated: __9/18__, 2007

10
                                            _Alan Adelman_
11                                          ALAN ADELMAN
                                            LAW OFFICES OF ALAN ADELMAN
12                                          Attorney for Plaintiff
                                            GRACE D. HOM
13

14   IT IS SO ORDERED:

15

16   Dated: _____, 2007

17                                          _____
                                            UNITED STATES DISTRICT COURT JUDGE
                                            CLAUDIA WILKIN
18

19
    Firmwide:83110617.1 008292.1052
20

21

22

23

24

25

26

27

28

| JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS | 2. | Case No. C-07-3146 CW |
|---|---|---|