# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hom,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Applera Corporation,<br><br>            Defendant(s). | 07-03146 CW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Roderick P. Bushnell**
Bushnell, Caplan, Fielding, & Maier, LLP
900 Kearny St., Suite 299
San Francisco, CA 94133-5124
415-217-3800

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03146 CW ENE                                            - 1 -

1 | Counsel are reminded that the written ENE statements required by the ADR L.R.
2 | 5-8 shall NOT be filed with the court.

4 | Dated: October 18, 2007

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03146 CW ENE                                - 2 -