```
1  JOHN M. SKONBERG, Bar No. 069409
2  LAURA E. HAYWARD, Bar No. 204014
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone: 415-433-1940
5  Facsimile: 415-399-8447
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE HOM | No. C 07 03146 CW |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| APPLERA CORPORATION | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 19, 2007

_____
Signature
LAURA E. HAYWARD
Counsel for  Defendant APPLERA CORPORATION
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com