1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415-433-1940
   Facsimile:   415-399-8447
5

6  Attorneys for Defendant
   APPLERA CORPORATION

7  ALAN ADELMAN, Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
8  240 Stockton Street, 9th Floor
   Union Square
9  San Francisco, CA 94108
10 Telephone:   415-956-1360
   Facsimile:   415-625-1339
11

12 Attorney for Plaintiff
   GRACE D. HOM

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17

18 GRACE D. HOM,                        Case No. C-07-3146 CW

19            Plaintiff,                **STIPULATION AND [PROPOSED]**
                                        **ORDER RE: EXTENSION OF TIME TO**
20     v.                               **PARTICIPATE IN ADR PROCESS**

21 APPLERA CORPORATION,

22            Defendant.

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION OF TIME FOR ADR PROCESS                    Case No. C-07-3146 CW

1    Whereas, this Court initially ordered the parties to this action to participate in an

2    ADR process no later than December 31, 2007.

3    Whereas, the parties initially scheduled an ENE/mediation session for December 11,

4    2007, before Roderick P. Bushnell, which Defendant's in-house counsel Charles Heinzer, who is

5    located on the East Coast, had planned to attend.

6    Whereas, Defendant's counsel has just been informed that Mr. Heinzer was recently

7    hospitalized due to a medical emergency and will be unable to attend the ENE as scheduled.

8    Therefore, the parties are requesting that the Court extend the deadline for the parties

9    to participate in an ADR process by thirty days so that parties are able to re-schedule the ENE before

10   Mr. Bushnell for January 2008.

11

12   Dated: _____12/3_____, 2007

13                                         _lauraehayward_
14                                         LAURA E. HAYWARD
                                           LITTLER MENDELSON
15                                         A Professional Corporation
                                           Attorneys for Defendant
16                                         APPLERA CORPORATION

17   Dated: _____12/3_____, 2007

18                                         _alan adelman_
19                                         ALAN ADELMAN
                                           LAW OFFICES OF ALAN ADELMAN
20                                         Attorney for Plaintiff
                                           GRACE D. HOM

21

22   IT IS SO ORDERED:

23

24   Dated: _____, 2007

                                           _____
25                                         UNITED STATES DISTRICT COURT JUDGE
                                           CLAUDIA WILKIN
26   Firmwide:83748130.1 008292.1052

27

28

LITTLER MENDELSON
A Professional Corporation
685 California Street
20th Floor
San Francisco, CA 94108-2693
415 433.1940

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION OF TIME FOR ADR PROCESS          2.              Case No. C-07-3146 CW