1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415-433-1940
   Facsimile:   415-399-8447
5
   Attorneys for Defendant
6  APPLERA CORPORATION

7  ALAN ADELMAN, Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
8  240 Stockton Street, 9th Floor
   Union Square
9  San Francisco, CA 94108
   Telephone:   415-956-1360
10 Facsimile:   415-625-1339

11
   Attorney for Plaintiff
12 GRACE D. HOM

13

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION


| GRACE D. HOM, | Case No. C-07-3146 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO PARTICIPATE IN ADR PROCESS** |
| v. | |
| APPLERA CORPORATION, | |
| Defendant. | |

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION OF TIME FOR ADR PROCESS

Case No. C-07-3146 CW

1  Whereas, this Court initially ordered the parties to this action to participate in an
2  ADR process no later than December 31, 2007.
3  Whereas, the parties initially scheduled an ENE/mediation session for December 11,
4  2007, before Roderick P. Bushnell, which Defendant's in-house counsel Charles Heinzer, who is
5  located on the East Coast, had planned to attend.
6  Whereas, Defendant's counsel has just been informed that Mr. Heinzer was recently
7  hospitalized due to a medical emergency and will be unable to attend the ENE as scheduled.
8  Therefore, the parties are requesting that the Court extend the deadline for the parties
9  to participate in an ADR process by thirty days so that parties are able to re-schedule the ENE before
10 Mr. Bushnell for January 2008.

11
12 Dated: __12/3__, 2007
13
                                *Laura Hayward* (signature)
14                              LAURA E. HAYWARD
                                LITTLER MENDELSON
15                              A Professional Corporation
                                Attorneys for Defendant
                                APPLERA CORPORATION
16
17 Dated: __12/3__, 2007
18
                                *Alan Adelman* (signature)
19                              ALAN ADELMAN
                                LAW OFFICES OF ALAN ADELMAN
20                              Attorney for Plaintiff
                                GRACE D. HOM
21
22 IT IS SO ORDERED:
                                *Claudia Wilkin* (signature)
23         12/5
24 Dated: _____, 2007
                                UNITED STATES DISTRICT COURT JUDGE
                                CLAUDIA WILKIN
25
26 Firmwide:83748130.1 008292.1052
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE:      2.                Case No. C-07-3146 CW
EXTENSION OF TIME FOR ADR PROCESS