**FILED**

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Hom,

    Plaintiff(s),

    v.

Applera Corporation,

    Defendant(s).

No. C 07-03146 CW ENE

**Certification of ADR Session**

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __1-15-08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __2-7-08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: __1-17-08__

*Roderick P. Bushnell* (signature)
Evaluator, Roderick P. Bushnell
Bushnell, Caplan, Fielding, & Maier, LLP
900 Kearny St., Suite 299
San Francisco, CA 94133-5124

Certification of ADR Session
07-03146 CW ENE