1  JOHN M. SKONBERG, Bar No. 069409
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415-433-1940
   Facsimile:  415-399-8447
5
   Attorneys for Defendant
6  APPLERA CORPORATION

7  ALAN ADELMAN, Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
8  240 Stockton Street, 9th Floor
9  Union Square
   San Francisco, CA 94108
10 Telephone:  415-956-1360
   Facsimile:  415-625-1339
11
   Attorney for Plaintiff
12 GRACE D. HOM

13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
                        OAKLAND DIVISION
16

17 GRACE D. HOM,                    | Case No. C-07-3146 CW
18              Plaintiff,          | STIPULATION AND [PROPOSED]
                                    | ORDER TO MODIFY THE SCHEDULING
19     v.                           | ORDER
20 APPLERA CORPORATION,
21              Defendant.

22

23     The parties to the captioned action hereby jointly submit this Stipulation and
24 [Proposed] Order to Modify The Scheduling Order.
25     WHEREAS, Plaintiff's counsel is lead trial counsel in a separate litigation in which
26 the trial date has been continued to June 4, 2008 in the United States District Court for the Eastern
27
28

STIP/ORDER TO MODIFY SCHEDULING         Case No. C-07-3146 CW
ORDER

1  District of California, which said trial date is in direct conflict with the currently scheduled summary
2  judgment briefing period in this matter;
3      WHEREAS, the parties jointly request additional time with which to engage in
4  negotiations to attempt to reach a resolution of this matter prior to the expenditure of significant time
5  and attorneys' fees in preparing dispositive motions;
6      WHEREAS, the aforementioned circumstances have caused the parties to need
7  approximately five weeks of additional time prior to the briefing of dispositive motions and the
8  disclosure of experts;
9      WHEREAS, the expert disclosure deadline is currently set for June 9, 2008;
10      WHEREAS, the rebuttal expert disclosure deadline is currently set for June 23, 2008
11      WHEREAS, the motion hearing deadline is currently set for June 26, 2008;
12      WHEREAS, the expert discovery deadline is currently set for July 28, 2008;
13      WHEREAS, the Final Pretrial Conference is currently set for October 14, 2008;
14      WHEREAS, the trial is currently set for October 27, 2008.
15      Accordingly, the parties hereby stipulate to the following, and request that this Court
16  issue an Order providing for the following scheduling modifications:
17      The expert disclosure deadline shall be continued to July 21, 2008;
18      The rebuttal expert disclosure deadline shall be continued to August 4, 2008;
19      The motion hearing deadline shall be continued to August 7, 2008;
20      The expert discovery deadline shall be continued to August 29, 2008;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/ORDER TO MODIFY SCHEDULING ORDER      2.      Case No. C-07-3146 CW

1   The Final Pretrial Conference shall remain as currently set for October 14, 2008;

2   The Trial shall remain as currently set for October 27, 2008.

3   IT IS SO STIPULATED.

5   DATED: 4/3/08            LAW OFFICES OF ALAN ADELMAN

7                            By: /s/ Alan Adelman
8                                ALAN ADELMAN
                                 Attorney for Plaintiff

11  DATED: 4/3/08            LITTLER MENDELSON

13                           By: /s/ Laura Hayward
14                               LAURA E. HAYWARD
                                 Attorneys for Defendant

### ORDER

GOOD CAUSE APPEARING, BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED:

The expert disclosure deadline shall be continued to July 21, 2008;

The rebuttal expert disclosure deadline shall be continued to August 4, 2008;

The motion hearing deadline shall be continued to August 7, 2008;

The expert discovery deadline shall be continued to August 29, 2008;

The Final Pretrial Conference shall remain as currently set for October 14, 2008;

The Trial shall remain as currently set for October 27, 2008.

All associated deadlines for submissions shall be modified accordingly.

DATED: 4/8/08            /s/ Claudia Wilken
                         UNITED STATES DISTRICT COURT JUDGE

Firmwide:84776783.1 008292.1052

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/ORDER TO MODIFY SCHEDULING ORDER    3.    Case No. C-07-3146 CW