UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRACE D. HOM,<br><br>Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>Defendant. | Case No. C-07-3146 CW<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br>(Fed. R. Civ. P. 41) |

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of a confidential settlement entered into between the parties.

For the Plaintiff, Grace D. Hom

Law Office of Alan Adelman

*/s/ Alan Adelman/*
ALAN ADELMAN
Attorney for Plaintiff, Grace D. Hom

For the Defendant, Applera Corporation

Littler Mendelson, P.C.

*/s/ John Skonberg/*
JOHN M. SKONBERG
Attorney for Defendant, Applera Corporation

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL AND ORDER                    Case No. C-07-3146 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

The Court, having reviewed the Stipulation set forth above,

ORDERS that:

1. This matter be dismissed with prejudice;
2. Each party is to bear its own costs.

Dated: 6/10, 2008

_____
CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE

Firmwide:85280430.1 008292.1052

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL AND ORDER    2.    Case No. C-07-3146 CW